812 P.2d 629

**POTOMAC INSURANCE COMPANY, a foreign insurance company authorized to do business in Arizona, and Shand-Morahan Company, its managing underwriters, Plaintiffs/Appellees,**

**v.**

**Frank D. McINTOSH; Donald McIntosh and Webster Lehmann, Jr., Defendants/Appellants.**

**No. CV-90-0209-PR.**

Supreme Court of Arizona.

June 6, 1991.

### ORDER

ORDERED: Vacating the order granting review in this matter as having been improvidently granted.

FURTHER ORDERED: Petition for Review DENIED.